RECEIVED
DEC 13 2005

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 04CR20075 |
| VERSUS | * | JUDGE MELANCON |
| GREGORY JAMES CATON | * | MAGISTRATE JUDGE HILL |

### JUDGMENT[1]

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS HEREBY ORDERED** that the **Clerk REINSTATE** petitioner's judgment of conviction and sentence on this court's docket as of **December 15, 2005**, that date representing the date from which the time for filing a notice of direct appeal shall run.

**IT IS FURTHER ORDERED** that petitioner's claim that he received ineffective assistance of counsel at sentencing because his attorney failed to argue claims based on *Blakely v. Washington*, 124 S.Ct. 2531 (2004) is **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that petitioner's remaining claim that he received ineffective assistance of counsel because the cumulative effect of these errors by counsel deprived him of Due Process is **DISMISSED WITHOUT PREJUDICE.**

Signed in chambers in Lafayette, Louisiana this 13th day of December, 2005.

Tucker L. Melançon
United States District Judge

---

[1] The District Judge is appreciative of the Magistrate Judge's recognition of the context in which the District Judge's comments were made, as set out in Footnote 15 on Page twenty-six of this Report and Recommendation.